AO 83 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

SHARON L. RABBETT
aka "Pimienta"
(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 00-00245DAE-LEK

*[Stamped: FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII FEB 26 2007 at 10 o'clock and 40 min A M, SUE BEITIA, CLERK]*

*[Stamped: SEALED BY ORDER OF THE COURT]*

YOU ARE HEREBY COMMANDED TO ARREST SHARON L. RABBETT and bring him or her forthwith to the nearest magistrate to answer an Indictment, charging him or her with (brief description of offense)

Conspiracy to knowingly and intentionally distribute and possess w/intent to distribute heroin-Count 1.
Used and caused to be used a communications facility in causing or facilitating the commission of a distribution of heroin-Count 3,17.

in violation of Title 21 United States Code, Section(s) 846: 843(b).

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 14, 2000 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Francis I. Yamashita, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____. | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Rachel A. Byrd | SIGNATURE OF ARRESTING OFFICER<br>*Rachel A Byrd* |
| Date of Arrest MAY 07 2000 | | |